[No. 21888-7-II.    Division Two.    May 7, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. SHEA WAYNE
DAUGHERTY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 96-1-00627-2, John A. McCarthy, J., entered
March 17, 1997. *Affirmed* by unpublished opinion per
Morgan, J., concurred in by Seinfeld and Houghton, JJ.

[No. 22282-5-II.    Division Two.    May 7, 1999.]

ELLEN LAWSON, *Appellant*, v. LOWER COLUMBIA COLLEGE,
ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Cowlitz
County, No. 96-2-01572-6, Stephen M. Warning, J., entered
July 28, 1997. *Affirmed* by unpublished opinion per
Morgan, J., concurred in by Bridgewater, C.J.; Hunt, J., dis-
senting in part.

[No. 22347-3-II.    Division Two.    May 7, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. LENWOOD
JEFFREY MCCULLUM, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 96-1-03189-7, Brian Tollefson, J., entered July
31, 1997. *Affirmed* by unpublished opinion per Armstrong,
A.C.J., concurred in by Houghton and Hunt, JJ.

[No. 22361-9-II.    Division Two.    May 7, 1999.]

JZK, INC., *Appellant*, v. JOSEPH GLANDON, *Respondent*.

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 95-2-00649-1, Daniel J. Berschauer, J.,
entered August 18, 1997. *Affirmed* by unpublished opinion
per Morgan, J., concurred in by Seinfeld and Houghton, JJ.